# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

In re:  Case No. 14-71591
**Charles & Patricia Bridges,**
    **Debtor.**

## OBJECTION TO CLAIM #21 OF UNITED CONSUMER

Comes now the debtor, by his attorney, Nelson Allen, and objects to Claim #21 of United Consumer. The plan surrenders the vacuum cleaner with the balance as unsecured.

Dated the 14th day of January, 2015.

    /s/ Nelson Allen
    Attorney for debtor
    1810 3rd Avenue, Ste. 113-121
    Jasper, AL 35501

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14h day of January, 2015, served a copy of the foregoing by ECF filing or by U.S. Mail, postage prepaid and properly addressed upon the trustee and the creditor.

    /s/ Nelson Allen